**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Stephan J. Swierczek**
**aka Stephan J. Swierczek**
**Margaret E. Swierczek**
**aka M. Provins, fka M. McDonough**
    Debtor(s)

Bankruptcy Case No.: 17−20868−JAD

Chapter: 13
Docket No.: 148 − 147

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

    **AND NOW,** this The 28th of February, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

    **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/18/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/29/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/18/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20868-JAD |
| Stephan J. Swierczek | Chapter 13 |
| Margaret E. Swierczek | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: 408 | Total Noticed: 116 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephan J. Swierczek, Margaret E. Swierczek, 908 Younger Ave., Pittsburgh, PA 15216-2942 |
| aty | + | Robleto Law, PLLC, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222-1004 |
| cr | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14376840 | ++ | ACCOUNT CONTROL TECHNOLOGY, 21700 OXNARD STREET, SUITE 1400, WOODLAND HILLS CA 91367-3636 address filed with court:, Account Control Technology, Inc., 6918 Owensmouth Ave, Canoga Park, CA 91303-2003 |
| 14376843 | + | Allegheny County, 436 Grant St Ste 108, Pittsburgh, PA 15219-2497 |
| 14376844 | | Allegheny Health Network, PO Box 3475, Toledo, OH 43607-0475 |
| 14376846 | | Allied Data Corporation, 13111 Westheimer Rd Ste 400, Houston, TX 77077-5547 |
| 14376847 | + | American Education Services, Keystone Best, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14376849 | | Arrow Financial Services, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 14376850 | | Berkheimer, PO Box 21450, Lehigh Valley, PA 18002-1450 |
| 14376851 | | Borough of McKees Rocks, 340 Bell Ave, McKees Rocks, PA 15136-3514 |
| 14397794 | + | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14376852 | | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 14376853 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14376854 | | CCAC, Student Accounts, 808 Ridge Ave, Pittsburgh, PA 15212-6003 |
| 14376868 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |
| 14376871 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, LLC, PO Box 30311, Tampa, FL 33630-3311 |
| 14376872 | | CR Audit Bureau, PO Box 2103, Mechanicsburg, PA 17055-2103 |
| 14376855 | + | Central Credit Services LLC, 500 N Franklin Tpke Ste 200, Ramsey, NJ 07446-1160 |
| 14376859 | | Children's Hospital of Pittsburgh, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 15337906 | | Citibank, N.A., et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14376864 | + | City of McKeesport, 500 Fifth Ave., McKeesport, PA 15132-2527 |
| 14376865 | | Collect Pros, PO Box 4133, Woburn, MA 01888-4133 |
| 14376867 | + | Colonial Acceptance Co., 312 Fallowfield Ave., Charleroi, PA 15022-1405 |
| 14376875 | | Credit Solutions LLC, PO Box 4315, Concord, CA 94524-4115 |
| 14376876 | + | Creditech, 50 N. 7th Street, Bangor, PA 18013-1791 |
| 14376878 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14376879 | | Dollar Bank, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14376880 | | Dollar Bank Vs, 3 Gateway Ctr 401 Liberty Ave, Pittsburgh, PA 15222 |
| 14376881 | + | Duquesne Light, Bernstein-Burkley P.C., Attn: Peter Ashcroft 707 Grant St., Ste, Pittsburgh, PA 15219-1933 |
| 14381627 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14376887 | | J. N. O'Shea & Associates, 1660 Highway 100 S Ste 555, Saint Louis Park, MN 55416-1566 |
| 14376888 | | Law Office of Ira Weiss, 445 Fort Pitt Blvd Ste 503, Pittsburgh, PA 15219-1308 |
| 14376890 | | Magee-Womens Hosptial of UPMC, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14396254 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14376892 | | National Recovery Agency, 3491 Paxton St, Harrisburg, PA 17111 |
| 14376894 | | Nationstar Mortgage, 8950 Cypress Waters Blvd, Dallas, TX 75063 |

District/off: 0315-2 | User: auto | Page 2 of 6
Date Rcvd: Mar 01, 2022 | Form ID: 408 | Total Noticed: 116

| Recip ID | | Name and Address |
|---|---|---|
| 14376895 | | Nationwide Collections, Inc., 805 Virginia Ave Ste 1, Fort Pierce, FL 34982-5881 |
| 14376902 | | Portnoff Law Associates, LTD., 1000 Sandy Hill Rd Ste 150, Norristown, PA 19401-4181 |
| 14376903 | | QSP Family Reading Program, PO Box 360682, Des Moines, IA 50336 |
| 14376905 | | RMS, 77 Hartland St Ste 401, East Hartford, CT 06108-3253 |
| 14376906 | + | RMS Corp., PO Box 523, Richfield, OH 44286-0523 |
| 14376904 | | Real Time Resolutions, Dept. 107565, PO Box 1259, Oaks, PA 19456-1259 |
| 14376907 | | Shapiro & DeNardo, LLC, 3600 Horizon Dr Ste 150, King of Prussia, PA 19406-4702 |
| 14376910 | | Stephens Michaels Associates, Inc., PO Box 109, Salem, NH 03079-0109 |
| 14376911 | + | Sto-Rox School District, Jordan Tax Service Inc., 102 Rahway Rd., Mcmurray, PA 15317-3349 |
| 14376912 | + | TekCollect Inc., PO Box 1269, Columbus, OH 43216-1269 |
| 14415317 | + | The Mobile Solution, c/o United Financial Service, 333 Washington Blvd. PMB 153, Marina Del Rey, CA 90292-5152 |
| 14376914 | | The Receivable Mgmt Svs, 240 Emery St, Bethlehem, PA 18015-1980 |
| 15121080 | | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 14376917 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14376918 | | UPMC Presbyterian Shadyside, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14376919 | | US Bank National Association, PO Box 468002, Bedford, OH 44146-8002 |
| 14376915 | | United Financial Service, 333 Washington Blvd PMB 153, Marina del Rey, CA 90292-5152 |
| 14376916 | | United Revenue Collection Services, PO Box 1184, Langhorne, PA 19047-6184 |
| 14376923 | | WFDS/WDS, PO Box 1697, Winterville, NC 28590-1697 |
| 14415988 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14388179 | #+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14376921 | | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 01 2022 23:37:00 | Borough of McKees Rocks, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 01 2022 23:37:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 01 2022 23:37:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2022 23:37:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2022 23:37:00 | PNC BANK, PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Mar 01 2022 23:37:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 01 2022 23:37:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14376841 | | Email/Text: csrmn@thecmigroup.com | Mar 01 2022 23:37:00 | Affiliated Credit Services, PO Box 7739, Rochester, MN 55903-7739 |
| 14376842 | + | Email/Text: EBNProcessing@afni.com | Mar 01 2022 23:37:00 | Afni, Inc., 404 Brock Dr, Bloomington, IL 61701-3963 |
| 14376845 | | Email/Text: kristin.villneauve@allianceoneinc.com | Mar 01 2022 23:37:00 | Alliance One, 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 14376848 | + | Email/PDF: bncnotices@becket-lee.com | Mar 01 2022 23:42:57 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14405490 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2022 23:42:48 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

District/off: 0315-2

User: auto

Date Rcvd: Mar 01, 2022

Form ID: 408

Total Noticed: 116

| | | | |
|---|---|---|---|
| 14420342 | + Email/Text: ebnjts@grblaw.com | | |
| | | Mar 01 2022 23:37:00 | Borough of McKees Rocks, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14376855 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Mar 01 2022 23:37:00 | Central Credit Services LLC, 500 N Franklin Tpke Ste 200, Ramsey, NJ 07446-1160 |
| 14376856 | Email/Text: tuscolsup@fisglobal.com | | |
| | | Mar 01 2022 23:37:00 | Certegy Payment Recovery Services, PO Box 30031, Tampa, FL 33630-3031 |
| 14376858 | + Email/Text: kathy@cherringtonfirm.com | | |
| | | Mar 01 2022 23:37:00 | Checknet, Inc., 746 1910 S, Provo, UT 84606-6223 |
| 14376860 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 01 2022 23:42:59 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14376862 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 01 2022 23:42:58 | CitiMortgage, 1000 Technology Dr, O'Fallon, MO 63368-2240 |
| 14376861 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 01 2022 23:42:44 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14376863 | + Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Mar 01 2022 23:37:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14376866 | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Mar 01 2022 23:37:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14650441 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Mar 01 2022 23:37:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14376869 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | | |
| | | Mar 01 2022 23:37:00 | Commonwealth of Pennsylvania, Office of UC Benefits Policy, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14376870 | Email/Text: stacy@consumercollection.com | | |
| | | Mar 01 2022 23:37:00 | Consumer Collection Management Inc., PO Box 1839, Maryland Heights, MO 63043-6839 |
| 14420477 | + Email/Text: ebnjts@grblaw.com | | |
| | | Mar 01 2022 23:37:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14376873 | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Mar 01 2022 23:37:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 14377431 | + Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Mar 01 2022 23:37:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14376874 | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | Mar 01 2022 23:37:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14376882 | Email/Text: kburkley@bernsteinlaw.com | | |
| | | Mar 01 2022 23:37:00 | Duquesne Light, BERNSTEIN-BURKLEY, P.C., 707 Grant St Ste 2200, Pittsburgh, PA 15219-1945 |
| 14641881 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Mar 01 2022 23:37:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14420063 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Mar 01 2022 23:37:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14376883 | Email/Text: psnyder@fcbanking.com | | |
| | | Mar 01 2022 23:37:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14376884 | + Email/Text: bankruptcy@fncbinc.com | | |
| | | Mar 01 2022 23:37:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14376885 | Email/Text: crdept@na.firstsource.com | | |
| | | Mar 01 2022 23:37:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14376886 | Email/Text: Bankruptcy@ICSystem.com | | |
| | | Mar 01 2022 23:37:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14849458 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

District/off: 0315-2                                    User: auto                                    Page 4 of 6
Date Rcvd: Mar 01, 2022                                 Form ID: 408                                  Total Noticed: 116

|  |  |  |  |
|---|---|---|---|
|  |  | Mar 01 2022 23:37:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14376857 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2022 23:42:55 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14376889 | Email/Text: ebn@ltdfin.com | Mar 01 2022 23:37:00 | LTD Financial Services, 7322 Southwest Fwy Ste 1600, Houston, TX 77074-2134 |
| 14642761 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2022 23:42:44 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14420479 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2022 23:42:51 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15051494 | Email/Text: camanagement@mtb.com | Mar 01 2022 23:37:00 | M & T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14376891 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2022 23:37:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14396254 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2022 23:37:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14376896 | Email/Text: bankruptcydepartment@tsico.com | Mar 01 2022 23:37:00 | NCO Financial Systems, Inc., 30600 Telegraph Rd Ste 4235, Bingham Farms, MI 48025-5815 |
| 14376893 | Email/Text: Bankruptcies@nragroup.com | Mar 01 2022 23:37:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14376897 | Email/Text: BKEBN-Notifications@ocwen.com | Mar 01 2022 23:37:00 | Ocwen Loan Servicing LLC, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14376898 | + Email/Text: bankruptcy@onlineis.com | Mar 01 2022 23:37:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 14376901 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2022 23:37:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14641206 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2022 23:37:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14379554 | + Email/PDF: rmscedi@recoverycorp.com | Mar 01 2022 23:42:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14376899 | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:43 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14420476 | + Email/Text: ebnpwsa@grblaw.com | Mar 01 2022 23:37:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14376909 | Email/Text: amieg@stcol.com | Mar 01 2022 23:37:00 | State Collection Services Inc., 2509 S Stoughton Rd, Madison, WI 53716-3314 |
| 14953590 | + Email/Text: bncmail@w-legal.com | Mar 01 2022 23:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14376908 | + Email/Text: PFS.Analyst@stclair.org | Mar 01 2022 23:37:00 | St. Clair Hospital, 1000 Bower Hill Rd, Pittsburgh, PA 15243-1899 |
| 14376913 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 23:42:44 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14376912 | + Email/Text: Bankruptcy@TekCollect.com | Mar 01 2022 23:37:00 | TekCollect Inc., PO Box 1269, Columbus, OH 43216-1269 |
| 14418246 | + Email/PDF: ebn_ais@aisinfo.com | Mar 01 2022 23:42:43 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| 14376920 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Mar 01 2022 23:37:00 | Verizon Wireless, PO Box 49, Lakeland, FL 33802-0049 |
| 14653897 | + Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | Mar 01 2022 23:37:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14376922 | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | Mar 01 2022 23:37:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 61

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank N.A not in its individual capacity but so |
| cr | | Duquesne Light Company |
| cr | | M & T BANK |
| cr | | M&T Bank |
| cr | | U.S. Bank National Association, not in its |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 14376877 | *+ | Creditech, 50 N. 7th St., Bangor, PA 18013-1791 |
| 14381260 | *+ | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| r | ##+ | Margaret A. Jayson, ReMax Select Realty, 5817 Penn Avenue, Pittsburgh, PA 15206-3816 |
| 14376900 | ## | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 6 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | |
| | on behalf of Joint Debtor Margaret E. Swierczek apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | |

|  |  |
|---|---|
|  | on behalf of Debtor Stephan J. Swierczek apr@robletolaw.com<br>rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com,<br>rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor M & T BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Justin L. McCall | on behalf of Creditor First Commonwealth Bank jmccall@lenderlaw.com  justin-mccall@comcast.net |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com |
| Kirsten S. Penn | on behalf of Creditor First Commonwealth Bank kpenn@lenderlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com<br>ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com<br>mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 17