**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　STEPHAN J. SWIERCZEK<br>　　MARGARET E. SWIERCZEK<br>　　　　Debtor(s) | Case No. 17-20868JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/07/2017.

2) The plan was confirmed on 04/20/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/11/2017, 10/22/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/11/2022.

6) Number of months from filing or conversion to last payment: 58.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $261,085.00.

10) Amount of unsecured claims discharged without full payment: $28,055.45.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $161,287.55 |
| Less amount refunded to debtor | $3,317.24 |
| **NET RECEIPTS:** | **$157,970.31** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $11,452.60 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $7,458.63 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$19,221.23** |

Attorney fees paid and disclosed by debtor:      $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 2,839.91 | NA | NA | 0.00 | 0.00 |
| AFFILIATED CREDIT SYSTEMS++ | Unsecured | 49.25 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 58.34 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES MGMT | Unsecured | 17.94 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORP++ | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 2,046.00 | 2,046.49 | 2,046.49 | 2,046.49 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 446.00 | 437.88 | 437.88 | 437.88 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BILL ME LATER INC A/S/F SYNCHROI | Unsecured | 348.50 | 427.02 | 427.02 | 427.02 | 0.00 |
| CBCS | Unsecured | 10.78 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 320.98 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 88.38 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SRV | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SRV | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CHECKNET INC | Unsecured | 44.80 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PITTSBUR( | Unsecured | 88.43 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA - OWNER TRUSTEE NE | Secured | 0.00 | 1,952.80 | 1,952.80 | 1,952.80 | 0.00 |
| CITIBANK NA - OWNER TRUSTEE NE | Secured | 65,519.00 | 66,609.50 | 0.00 | 36,751.18 | 0.00 |
| CITIZENS AUTO FINANCE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MCKEESPORT (EIT) | Priority | 112.25 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL ACCEPTANCE CO++ | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 347.28 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 122.06 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 582.03 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 70.43 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | NA | 2,384.85 | 2,384.85 | 2,384.85 | 0.00 |
| CONSUMER COLLECTION MANA | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 577.65 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 0.00 | 653.17 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | NA | 1.42 | 1.42 | 1.42 | 0.02 |
| CR AUDIT BUREAU | Unsecured | 86.03 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Secured | 3,623.00 | 3,209.69 | 3,209.69 | 3,209.69 | 453.65 |
| CREDIT MANAGEMENT CO | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 78.40 | NA | NA | 0.00 | 0.00 |
| CREDIT PROS | Unsecured | 356.72 | NA | NA | 0.00 | 0.00 |
| CREDIT SOLUTIONS LLC | Unsecured | 27.09 | NA | NA | 0.00 | 0.00 |
| DOLLAR BANK FSB(*) | Unsecured | 295.14 | 2,776.83 | 2,776.83 | 2,776.83 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 63.56 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 33.31 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 23.52 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 447.13 | 565.12 | 565.12 | 565.12 | 0.00 |
| ECMC(*) | Unsecured | 1,475.00 | 2,854.44 | 2,854.44 | 2,854.44 | 0.00 |
| FIRST COMMONWEALTH BANK* | Secured | 0.00 | 15,832.38 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Secured | 86,761.00 | 72,000.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Unsecured | NA | 2,217.30 | 2,217.30 | 2,217.30 | 0.00 |
| FIRST COMMONWEALTH BANK* | Unsecured | NA | 20,843.57 | 20,843.57 | 20,843.57 | 0.00 |
| FIRST NATIONAL COLLECTION++ | Unsecured | 547.22 | NA | NA | 0.00 | 0.00 |
| J N OSHEAS AND ASSOCIATES | Unsecured | 1,574.73 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 2,657.93 | 2,657.93 | 2,657.93 | 2,657.93 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 10,414.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 6,949.00 | 6,949.49 | 6,949.49 | 6,949.49 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 626.46 | 450.02 | 450.02 | 450.02 | 0.00 |
| M & T BANK | Secured | 65,807.00 | 64,935.13 | 0.00 | 33,543.12 | 0.00 |
| MAGEE WOMENS HOSPITAL | Unsecured | 12.77 | NA | NA | 0.00 | 0.00 |
| MCKEES ROCKS BOROUGH (RE) | Secured | 0.00 | 715.34 | 0.00 | 0.00 | 0.00 |
| MCKEES ROCKS BOROUGH (RE) | Secured | NA | 595.02 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRC | Unsecured | 36.97 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE COLLECTIONS++ | Unsecured | 54.20 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SERVICES++ | Unsecured | 368.40 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SERVICES++ | Unsecured | 83.20 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SERVICES++ | Unsecured | 48.40 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SERVICES++ | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC(*) | Unsecured | 7,156.00 | NA | NA | 0.00 | 0.00 |
| ONLINE INFORMATION SERVICE | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF LABOR & INDUS | Secured | 1,135.01 | NA | 1,135.01 | 1,135.01 | 51.68 |
| PITTSBURGH WATER & SEWER AUTH | Secured | NA | 374.46 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Secured | NA | 374.46 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA | Secured | 0.00 | 1,080.52 | 1,080.52 | 1,080.52 | 0.00 |
| PNC BANK NA | Secured | 23,958.00 | 23,963.52 | 0.00 | 8,737.28 | 0.00 |
| QSP FAMILY READING | Unsecured | 39.50 | NA | NA | 0.00 | 0.00 |
| RMS++ | Unsecured | 413.80 | NA | NA | 0.00 | 0.00 |
| RMS++ | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| ST CLAIR HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 50.89 | NA | NA | 0.00 | 0.00 |
| STEPHENS MICHAELS ASSOCIATES | Unsecured | 272.27 | NA | NA | 0.00 | 0.00 |
| STO ROX SD (MCKEES ROCKS) RE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT | Unsecured | 1,475.00 | NA | NA | 0.00 | 0.00 |
| THE MOBILE SOLUTION | Unsecured | 292.25 | 250.00 | 250.00 | 250.00 | 0.00 |
| UNITED REVENUE COLLECTION | Unsecured | 1,739.12 | NA | NA | 0.00 | 0.00 |
| US NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA D/B/A WELL | Secured | 6,287.00 | 6,059.17 | 6,059.17 | 6,059.17 | 912.60 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $79,031.58 | $0.00 |
| Mortgage Arrearage | $3,033.32 | $3,033.32 | $0.00 |
| Debt Secured by Vehicle | $9,268.86 | $9,268.86 | $1,366.25 |
| All Other Secured | $1,136.43 | $1,136.43 | $51.70 |
| **TOTAL SECURED:** | **$13,438.61** | **$92,470.19** | **$1,417.95** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$44,860.94** | **$44,860.94** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $19,221.23 |
| Disbursements to Creditors | $138,749.08 |
| **TOTAL DISBURSEMENTS :** | **$157,970.31** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/22/2022                                       By: /s/ Ronda J. Winnecour
                                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**