IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    STEPHAN J. SWIERCZEK
    MARGARET E. SWIERCZEK
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-20868 JAD

Chapter 13

Document No.: 147

FILED
4/21/22 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

    AND NOW, this \_\_\_\_21st\_\_\_\_ day of \_\_\_\_April\_\_\_\_, 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephan J. Swierczek  
Margaret E. Swierczek  
    Debtors

Case No. 17-20868-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 6  
Date Rcvd: Apr 21, 2022      Form ID: pdf900      Total Noticed: 116

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephan J. Swierczek, Margaret E. Swierczek, 908 Younger Ave., Pittsburgh, PA 15216-2942 |
| aty | + | Robleto Law, PLLC, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222-1004 |
| 14376840 | ++ | ACCOUNT CONTROL TECHNOLOGY, 21700 OXNARD STREET, SUITE 1400, WOODLAND HILLS CA 91367-3636 address filed with court:, Account Control Technology, Inc., 6918 Owensmouth Ave, Canoga Park, CA 91303-2003 |
| 14376843 | + | Allegheny County, 436 Grant St Ste 108, Pittsburgh, PA 15219-2497 |
| 14376844 | | Allegheny Health Network, PO Box 3475, Toledo, OH 43607-0475 |
| 14376846 | | Allied Data Corporation, 13111 Westheimer Rd Ste 400, Houston, TX 77077-5547 |
| 14376847 | + | American Education Services, Keystone Best, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14376849 | | Arrow Financial Services, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 14376850 | | Berkheimer, PO Box 21450, Lehigh Valley, PA 18002-1450 |
| 14376851 | | Borough of McKees Rocks, 340 Bell Ave, McKees Rocks, PA 15136-3514 |
| 14397794 | + | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14376852 | | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 14376853 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14376854 | | CCAC, Student Accounts, 808 Ridge Ave, Pittsburgh, PA 15212-6003 |
| 14376868 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |
| 14376871 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, LLC, PO Box 30311, Tampa, FL 33630-3311 |
| 14376872 | | CR Audit Bureau, PO Box 2103, Mechanicsburg, PA 17055-2103 |
| 14376859 | | Children's Hospital of Pittsburgh, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 15337906 | | Citibank, N.A., et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14376864 | + | City of McKeesport, 500 Fifth Ave., McKeesport, PA 15132-2527 |
| 14376865 | | Collect Pros, PO Box 4133, Woburn, MA 01888-4133 |
| 14376867 | + | Colonial Acceptance Co., 312 Fallowfield Ave., Charleroi, PA 15022-1405 |
| 14376875 | | Credit Solutions LLC, PO Box 4115, Concord, CA 94524-4115 |
| 14376876 | + | Creditech, 50 N. 7th Street, Bangor, PA 18013-1791 |
| 14376878 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14376879 | | Dollar Bank, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14376880 | | Dollar Bank Vs, 3 Gateway Ctr 401 Liberty Ave, Pittsburgh, PA 15222 |
| 14376881 | + | Duquesne Light, Bernstein-Burkley P.C., Attn: Peter Ashcroft 707 Grant St., Ste, Pittsburgh, PA 15219-1933 |
| 14381627 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14376887 | | J. N. O'Shea & Associates, 1660 Highway 100 S Ste 555, Saint Louis Park, MN 55416-1566 |
| 14376888 | | Law Office of Ira Weiss, 445 Fort Pitt Blvd Ste 503, Pittsburgh, PA 15219-1308 |
| 14376890 | | Magee-Womens Hosptial of UPMC, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14376892 | | National Recovery Agency, 3491 Paxton St, Harrisburg, PA 17111 |
| 14376894 | | Nationstar Mortgage, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 14376895 | | Nationwide Collections, Inc., 805 Virginia Ave Ste 1, Fort Pierce, FL 34982-5881 |
| 14376902 | | Portnoff Law Associates, LTD., 1000 Sandy Hill Rd Ste 150, Norristown, PA 19401-4181 |
| 14376903 | | QSP Family Reading Program, PO Box 360682, Des Moines, IA 50336 |

Case 17-20868-JAD   Doc 155   Filed 04/23/22   Entered 04/24/22 00:24:44   Desc
Imaged Certificate of Notice   Page 3 of 7

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 116 |

| | | |
|---|---|---|
| 14376905 | | RMS, 77 Hartland St Ste 401, East Hartford, CT 06108-3253 |
| 14376906 | + | RMS Corp., PO Box 523, Richfield, OH 44286-0523 |
| 14376904 | | Real Time Resolutions, Dept. 107565, PO Box 1259, Oaks, PA 19456-1259 |
| 14376907 | | Shapiro & DeNardo, LLC, 3600 Horizon Dr Ste 150, King of Prussia, PA 19406-4702 |
| 14376910 | | Stephens Michaels Associates, Inc., PO Box 109, Salem, NH 03079-0109 |
| 14376911 | + | Sto-Rox School District, Jordan Tax Service Inc., 102 Rahway Rd., Mcmurray, PA 15317-3349 |
| 14415317 | + | The Mobile Solution, c/o United Financial Service, 333 Washington Blvd. PMB 153, Marina Del Rey, CA 90292-5152 |
| 14376914 | | The Receivable Mgmt Svs, 240 Emery St, Bethlehem, PA 18015-1980 |
| 15121080 | | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 14376917 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14376918 | | UPMC Presbyterian Shadyside, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14376919 | | US Bank National Association, PO Box 468002, Bedford, OH 44146-8002 |
| 14376915 | | United Financial Service, 333 Washington Blvd PMB 153, Marina del Rey, CA 90292-5152 |
| 14376916 | | United Revenue Collection Services, PO Box 1184, Langhorne, PA 19047-6184 |
| 14376923 | | WFDS/WDS, PO Box 1697, Winterville, NC 28590-1697 |
| 14415988 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14388179 | #+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14376921 | | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 21 2022 23:38:00 | Borough of McKees Rocks, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 21 2022 23:38:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 21 2022 23:38:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2022 23:38:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2022 23:38:00 | PNC BANK, PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 21 2022 23:38:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 21 2022 23:38:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14376841 | | Email/Text: csrmn@thecmigroup.com | Apr 21 2022 23:38:00 | Affiliated Credit Services, PO Box 7739, Rochester, MN 55903-7739 |
| 14376842 | | Email/Text: EBNProcessing@afni.com | Apr 21 2022 23:38:00 | Afni, Inc., 404 Brock Dr, Bloomington, IL 61701-2654 |
| 14376845 | | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 21 2022 23:38:00 | Alliance One, 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 14376847 | + | Email/Text: bncnotifications@pheaa.org | Apr 21 2022 23:38:00 | American Education Services, Keystone Best, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14376848 | + | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 23:41:49 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14405490 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 23:41:35 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14420342 | + | Email/Text: ebnjts@grblaw.com | Apr 21 2022 23:38:00 | Borough of McKees Rocks, Goehring, Rutter & |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14376855 | + | Email/Text: ngisupport@radiusgs.com | Apr 21 2022 23:38:00 | Central Credit Services LLC, 500 N Franklin Tpke Ste 200, Ramsey, NJ 07446-1160 |
| 14376856 | | Email/Text: tuscolsup@fisglobal.com | Apr 21 2022 23:38:00 | Certegy Payment Recovery Services, PO Box 30031, Tampa, FL 33630-3031 |
| 14376858 | + | Email/Text: kathy@cherringtonfirm.com | Apr 21 2022 23:38:00 | Checknet, Inc., 746 1910 S, Provo, UT 84606-6223 |
| 14376860 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:41:22 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14376862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:51:59 | CitiMortgage, 1000 Technology Dr, O'Fallon, MO 63368-2240 |
| 15337906 | | Email/Text: ECF@fayservicing.com | Apr 21 2022 23:38:00 | Citibank, N.A., et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14376861 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:41:37 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14376863 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 21 2022 23:38:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14376866 | | Email/Text: bankruptcy@firstenergycorp.com | Apr 21 2022 23:38:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14650441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2022 23:38:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14376869 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 21 2022 23:38:00 | Commonwealth of Pennsylvania, Office of UC Benefits Policy, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14376870 | | Email/Text: stacy@consumercollection.com | Apr 21 2022 23:38:00 | Consumer Collection Management Inc., PO Box 1839, Maryland Heights, MO 63043-6839 |
| 14420477 | + | Email/Text: ebnjts@grblaw.com | Apr 21 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14376873 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 21 2022 23:38:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 14377431 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 21 2022 23:38:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14376874 | | Email/Text: bdsupport@creditmanagementcompany.com | Apr 21 2022 23:38:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14376882 | | Email/Text: kburkley@bernsteinlaw.com | Apr 21 2022 23:38:00 | Duquesne Light, BERNSTEIN-BURKLEY, P.C., 707 Grant St Ste 2200, Pittsburgh, PA 15219-1945 |
| 14641881 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 21 2022 23:38:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14420063 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 21 2022 23:38:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14376883 | | Email/Text: psnyder@fcbanking.com | Apr 21 2022 23:38:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14376884 | + | Email/Text: bankruptcy@fncbinc.com | Apr 21 2022 23:38:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14376885 | | Email/Text: crdept@na.firstsource.com | Apr 21 2022 23:38:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14376886 | | Email/Text: Bankruptcy@ICSystem.com | Apr 21 2022 23:38:00 | IC System, 444 Highway 96 E, Saint Paul, MN |

Case 17-20868-JAD  Doc 155  Filed 04/23/22  Entered 04/24/22 00:24:44  Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 116 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 55127-2557 |
| 14849458 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 21 2022 23:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14376857 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2022 23:41:19 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14376889 | | Email/Text: ebn@ltdfin.com | Apr 21 2022 23:38:00 | LTD Financial Services, 7322 Southwest Fwy Ste 1600, Houston, TX 77074-2134 |
| 14642761 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 23:41:21 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14420479 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 23:41:21 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15051494 | | Email/Text: camanagement@mtb.com | Apr 21 2022 23:38:00 | M & T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14376891 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 23:38:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14396254 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2022 23:38:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14376896 | | Email/Text: bankruptcydepartment@tsico.com | Apr 21 2022 23:38:00 | NCO Financial Systems, Inc., 30600 Telegraph Rd Ste 4235, Bingham Farms, MI 48025-5815 |
| 14376893 | | Email/Text: Bankruptcies@nragroup.com | Apr 21 2022 23:38:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14376897 | | Email/Text: BKEBN-Notifications@ocwen.com | Apr 21 2022 23:38:00 | Ocwen Loan Servicing LLC, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14376898 | + | Email/Text: bankruptcy@onlineis.com | Apr 21 2022 23:38:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 14376901 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2022 23:38:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14641206 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2022 23:38:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14379554 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 21 2022 23:41:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14376899 | | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:36 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14420476 | + | Email/Text: ebnpwsa@grblaw.com | Apr 21 2022 23:38:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14376909 | | Email/Text: amieg@stcol.com | Apr 21 2022 23:38:00 | State Collection Services Inc., 2509 S Stoughton Rd, Madison, WI 53716-3314 |
| 14953590 | + | Email/Text: bncmail@w-legal.com | Apr 21 2022 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14376908 | + | Email/Text: PFS.Analyst@stclair.org | Apr 21 2022 23:38:00 | St. Clair Hospital, 1000 Bower Hill Rd, Pittsburgh, PA 15243-1899 |
| 14376913 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:52:02 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14376912 | + | Email/Text: Bankruptcy@TekCollect.com | Apr 21 2022 23:38:00 | TekCollect Inc., PO Box 1269, Columbus, OH 43216-1269 |
| 14418246 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2022 23:41:36 | Verizon, by American InfoSource LP as agent, |

Case 17-20868-JAD  Doc 155  Filed 04/23/22  Entered 04/24/22 00:24:44  Desc
Imaged Certificate of Notice  Page 6 of 7

| District/off: 0315-2 | User: auto | Page 5 of 6 |
| --- | --- | --- |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 116 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14376920 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 21 2022 23:38:00 | | Verizon Wireless, PO Box 49, Lakeland, FL 33802-0049 |
| 14653897 | + | Email/Text: bankruptcynotice@westlakefinancial.com Apr 21 2022 23:38:00 | | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14376922 | | Email/Text: bankruptcynotice@westlakefinancial.com Apr 21 2022 23:38:00 | | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Citibank N.A not in its individual capacity but so |
| cr | | Duquesne Light Company |
| cr | | M & T BANK |
| cr | | M&T Bank |
| cr | | U.S. Bank National Association, not in its |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 14376877 | *+ | Creditech, 50 N. 7th St., Bangor, PA 18013-1791 |
| 14381260 | *+ | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| r | ##+ | Margaret A. Jayson, ReMax Select Realty, 5817 Penn Avenue, Pittsburgh, PA 15206-3816 |
| 14376900 | ## | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 6 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aurelius P. Robleto | on behalf of Joint Debtor Margaret E. Swierczek apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |

District/off: 0315-2 User: auto Page 6 of 6
Date Rcvd: Apr 21, 2022 Form ID: pdf900 Total Noticed: 116

Aurelius P. Robleto
    on behalf of Debtor Stephan J. Swierczek apr@robletolaw.com
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
    on behalf of Attorney Robleto Law PLLC apr@robletolaw.com,
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
    on behalf of Creditor M & T BANK bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

James R. Wood
    on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

Justin L. McCall
    on behalf of Creditor First Commonwealth Bank jmccall@lenderlaw.com justin-mccall@comcast.net

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com

Kirsten S. Penn
    on behalf of Creditor First Commonwealth Bank kpenn@lenderlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 17